IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROBYN JASPER,

        Plaintiff,

vs.                                                  1:18-cv-00809-RB-LF

BENITO MARTINEZ; CITY OF
ALBUQUERQUE; and DOES I through X,
inclusive,

        Defendants.

## ORDER ADOPTING JOINT STATUS REPORT
## AND PROVISIONAL DISCOVERY PLAN

    At the Rule 16 scheduling conference held on October 22, 2018, the Court reviewed the attorneys' Joint Status Report and Provisional Discovery Plan (Doc. 29), filed on October 10, 2018, and adopted it as modified by the dates provided in the Court's Scheduling Order (Doc. 32), filed concurrently with this Order.

                                                              _____
                                                              Laura Fashing
                                                              United States Magistrate Judge